| | |
|---|---|
| R. WAYNE JOHNSON )<br>　　　　　Plaintiff, )<br> )<br>v. )<br> )<br>U.S. POSTAL SERVICE, and U.S. )<br>DEPARTMENT OF VETERANS AFFAIRS)<br>　　　　　Defendants. ) | **JUDGMENT**<br>5:23-CV-194-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Order of Deficiency.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 6, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to prosecute.

**This Judgment Filed and Entered on June 6, 2023, and Copies To:**
R. Wayne Johnson (via US mail) 282756, Beauford H. Jester III Unit, 3 Jester Road, Richmond, TX 77406

June 6, 2023　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk